FISHER & PHILLIPS, LLP
JENNIFER A. FORNETTI (NBN 7644)
ELIZABETH A. HANSON, ESQ (NBN 16249).
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: jfornetti@fisherphillips.com
E-Mail Address: ehanseon@fisherphillips.com
*Attorneys for Nevada Dental Professionals PC,*
*and Heartland Dental, LLC dba Dental Designs*
*of Las Vegas*

FISHER & PHILLIPS LLP<br>300 S Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KENDALL NASCIMENTO, an individual; ) | Case No: 2:26-cv-00597-JCM-BNW |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| vs. ) | **TO EXTEND TIME TO** |
| ) | **RESPOND TO COMPLAINT** |
| NEVADA DENTAL PROFESSIONALS PC) | |
| a business entity of unknown form; ) | **(FIRST REQUEST)** |
| HEARTLAND DENTAL, LCC dba ) | |
| DENTAL DESIGNS OF LAS VEGAS, a ) | |
| Delaware limited liability company, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendants Nevada Dental Professionals PC, and Heartland Dental, LLC dba Dental Designs of Las Vegas, will have an extension of time up to and including **May 25, 2026**, in which to file a responsive pleading to Plaintiff's Complaint (ECF No. 1). This Stipulation is submitted and based on the following:

1.  Heartland Dental, LLC dba Dental Designs of Las Vegas was served on March 13, 2026 (ECF No.1).

2.  A waiver of service was executed on March 24, 2026 for Defendant Heartland Dental, LLC dba Dental Designs of Las Vegas (ECF No. 9).

- 1 -

FP 63232692.1

3.      A waiver of service was executed on March 27, 2026 for Defendant Nevada Dental Professionals, PC (ECF No. 10).

4.      Both defendants retained counsel, who is still in the process of investigating Plaintiff's allegations.

5.      This is the first stipulation to extend the time for Defendants to respond to Plaintiff's Complaint.

6.      This first request for extension is presented to allow counsel for Defendants, to investigate Plaintiff's claims and sufficient time to coordinate and prepare a single response to Plaintiff's Complaint for both Defendants and explore the potential for early resolution.

7.      To accomplish this, the parties have agreed to extend the deadline for Defendants Nevada Dental Professionals PC, and Heartland Dental, LLC dba Dental Designs of Las Vegas until **May 25, 2026.**

8.      The parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

9.      This Stipulation is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 2 -

FP 63232692.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada  89101

10.    Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

DATED this 3rd day of April, 2026.

GREENBERG GROSS, LLP                    FISHER & PHILLIPS, LLP


*/s/ Matthew T. Hale*                         */s/ Jennifer A. Fornetti*

Jemma E. Dunn, Esq.                      Jennifer A. Fornetti, Esq.
Matthew T. Hale, Esq.                    Elizabeth A. Hanson, Esq.
John M. Orr, Esq.                        300 S. Fourth Street
1980 Festival Plaza Drive                Suite 1500
Suite 730                                Las Vegas, Nevada 89101
Las Vegas, NV 89135                      *Attorneys for Nevada Dental Professionals*
*Attorneys for Plaintiff*                *PC, and Heartland Dental, LLC dba*
                                         *Dental Designs of Las Vegas*


**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

  April 6, 2026
_____
DATED

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

- 3 -

FP 63232692.1