FISHER & PHILLIPS, LLP
JENNIFER A. FORNETTI (NBN 7644)
ELIZABETH A. HANSON, ESQ (NBN 16249).
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: jfornetti@fisherphillips.com
E-Mail Address: ehanson@fisherphillips.com
*Attorneys for Nevada Dental Professionals PC,
and Heartland Dental, LLC dba Dental Designs
of Las Vegas*

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KENDALL NASCIMENTO, an individual; ) | Case No: 2:26-cv-00597-JCM-BNW |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| vs. ) | **TO EXTEND TIME TO** |
| ) | **RESPOND TO COMPLAINT** |
| NEVADA DENTAL PROFESSIONALS PC) | |
| a business entity of unknown form; ) | **(SECOND REQUEST)** |
| HEARTLAND DENTAL, LCC dba ) | |
| DENTAL DESIGNS OF LAS VEGAS, a ) | |
| Delaware limited liability company, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendants Nevada Dental Professionals PC, and Heartland Dental, LLC dba Dental Designs of Las Vegas, will have an extension of time up to and including **June 12, 2026**, in which to file a responsive pleading to Plaintiff's Complaint (ECF No. 1). This Stipulation is submitted and based on the following:

1.    Heartland Dental, LLC dba Dental Designs of Las Vegas was served on March 13, 2026 (ECF No.1).

2.    A waiver of service was executed on March 24, 2026 for Defendant Heartland Dental, LLC dba Dental Designs of Las Vegas (ECF No. 9).

- 1 -

FP 63982097.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

3.  A waiver of service was executed on March 27, 2026 for Defendant Nevada Dental Professionals, PC (ECF No. 10).

4.  Both defendants retained counsel, who is still in the process of investigating Plaintiff's allegations.

5.  The parties entered into the first stipulation to extend the time for Defendants to respond to Plaintiff's Complaint until May 25, 2026 to coordinate and prepare a single response to Plaintiff's Complaint for both Defendants and explore the potential for early resolution (ECF No. 11), which the Court granted on April 6, 2026 (ECF No. 12).

6.  The parties would like additional time to continue to explore the potential for early resolution. To accomplish this, the parties have agreed to extend the deadline for Defendants Nevada Dental Professionals PC, and Heartland Dental, LLC dba Dental Designs of Las Vegas to respond until **June 12, 2026.**

7.  The parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

8.  This Stipulation is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

FP 63982097.1

9.      Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

DATED this 21st day of May, 2026.

GREENBERG GROSS, LLP

FISHER & PHILLIPS, LLP

*/s/ John M. Orr*

Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
John M. Orr, Esq.
1980 Festival Plaza Drive
Suite 730
Las Vegas, NV 89135
*Attorneys for Plaintiff*

*/s/ Jennifer A. Fornetti*

Jennifer A. Fornetti, Esq.
Elizabeth A. Hanson, Esq.
300 S. Fourth Street
Suite 1500
Las Vegas, Nevada 89101
*Attorneys for Nevada Dental Professionals PC, and Heartland Dental, LLC dba Dental Designs of Las Vegas*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

  May 22, 2026
DATED

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

- 3 -

FP 63982097.1