FISHER & PHILLIPS, LLP
JENNIFER A. FORNETTI (NBN 7644)
ELIZABETH A. HANSON, ESQ (NBN 16249).
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: jfornetti@fisherphillips.com
E-Mail Address: ehanson@fisherphillips.com
*Attorneys for Nevada Dental Professionals PC,
and Heartland Dental, LLC dba Dental Designs
of Las Vegas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KENDALL NASCIMENTO, an individual; ) <br><br> Plaintiff, ) <br><br> vs. ) <br><br> NEVADA DENTAL PROFESSIONALS PC) a business entity of unknown form; ) HEARTLAND DENTAL, LCC dba ) DENTAL DESIGNS OF LAS VEGAS, a ) Delaware limited liability company, ) <br><br> Defendants. ) <br> _____ ) | Case No: 2:26-cv-00597-JCM-BNW <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> **(THIRD REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendants Nevada Dental Professionals PC, and Heartland Dental, LLC dba Dental Designs of Las Vegas, will have an extension of time up to and including **June 19, 2026**, in which to file a responsive pleading to Plaintiff's Complaint (ECF No. 1). This Stipulation is submitted and based on the following:

1. Heartland Dental, LLC dba Dental Designs of Las Vegas was served on March 13, 2026 (ECF No.1).

2. A waiver of service was executed on March 24, 2026 for Defendant Heartland Dental, LLC dba Dental Designs of Las Vegas (ECF No. 9).

- 1 -

FP 64440491.1

3. A waiver of service was executed on March 27, 2026 for Defendant Nevada Dental Professionals, PC (ECF No. 10).

4. Both defendants retained counsel, who is still in the process of investigating Plaintiff's allegations.

5. The parties entered into the first stipulation to extend the time for Defendants to respond to Plaintiff's Complaint until May 25, 2026 to coordinate and prepare a single response to Plaintiff's Complaint for both Defendants and explore the potential for early resolution (ECF No. 11), which the Court granted on April 6, 2026 (ECF No. 12).

6. The parties entered into the second stipulation to extend the time for Defendants to respond to Plaintiff's Complaint until June 12, 2026 explore the potential for early resolution (ECF No. 14), which the Court granted on May 22, 2026 (ECF No. 12).

7. The parties are continuing to evaluate the potential for early resolution, including whether to engage a mediator. To allow those discussions to proceed, the parties have agreed to extend the deadline for Defendants Nevada Dental Professionals PC and Heartland Dental, LLC d/b/a Dental Designs of Las Vegas to respond to the Complaint through **June 19, 2026**.

8. The parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

9. This Stipulation is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

- 2 -

10.    Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

DATED this 11th day of June, 2026.

GREENBERG GROSS, LLP                    FISHER & PHILLIPS, LLP


 /s/ John M. Orr                                        /s/ Jennifer A. Fornetti
Jemma E. Dunn, Esq.                         Jennifer A. Fornetti, Esq.
Matthew T. Hale, Esq.                       Elizabeth A. Hanson, Esq.
John M. Orr, Esq.                               300 S. Fourth Street
1980 Festival Plaza Drive                  Suite 1500
Suite 730                                           Las Vegas, Nevada 89101
Las Vegas, NV 89135                        *Attorneys for Nevada Dental Professionals*
*Attorneys for Plaintiff*                       *PC, and Heartland Dental, LLC dba*
                                                         *Dental Designs of Las Vegas*




**ORDER**

IT IS SO ORDERED:

_____
U.S. DISTRICT MAGISTRATE JUDGE

        June 12, 2026
_____
DATED

**FISHER & PHILLIPS LLP**
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

- 3 -

FP 64440491.1