FISHER & PHILLIPS, LLP
JENNIFER A. FORNETTI (NBN 7644)
ELIZABETH A. HANSON, ESQ (NBN 16249).
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: jfornetti@fisherphillips.com
E-Mail Address: ehanson@fisherphillips.com
*Attorneys for Nevada Dental Professionals PC, and Heartland Dental, LLC dba Dental Designs of Las Vegas*

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KENDALL NASCIMENTO, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA DENTAL PROFESSIONALS PC a business entity of unknown form; HEARTLAND DENTAL, LCC dba DENTAL DESIGNS OF LAS VEGAS, a Delaware limited liability company,<br><br>Defendants. | Case No: 2:26-cv-00597-GMN-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties'

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

counsel of record that this matter be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

DATED this 18th day of September, 2026.

| | |
|---|---|
| GREENBERG GROSS, LLP | FISHER & PHILLIPS, LLP |
| */s/ John M. Orr* | */s/ Jennifer A. Fornetti* |
| Jemma E. Dunn, Esq.<br>Matthew T. Hale, Esq.<br>John M. Orr, Esq.<br>1980 Festival Plaza Drive,<br>Suite 730<br>Las Vegas, NV 89135<br>*Attorneys for Plaintiff* | Jennifer A. Fornetti, Esq.<br>Elizabeth A. Hanson, Esq.<br>300 S. Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorneys for Nevada Dental Professionals PC, and Heartland Dental, LLC dba Dental Designs of Las Vegas* |

**ORDER**

**IT IS SO ORDERED**:

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

September 21, 2026
DATED

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101



FP 66297203.1